# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 29, 2026

Lyle W. Cayce
Clerk

————————

No. 25-40781

————————

Israel Adonay Sagastizado Sanchez,

*Petitioner—Appellee,*

*versus*

Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Lyons, *Acting Director, U.S. Immigration and Customs Enforcement*; Daniel Bible, *ICE San Antonio Field Office Director*; Todd Wallace Blanche, *Acting U.S. Attorney General*; Orlando Rodriguez, *Warden, Webb County Detention Center*,

*Respondents—Appellants.*

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:25-CV-104

———————————————————————

ORDER:

IT IS ORDERED that Appellants' motion to stay this case pending authorization by the Solicitor General is DENIED.

IT IS FURTHER ORDERED that Appellants' motion in the alternative for an extension of time to file Appellants' brief up to and including July 27, 2026 is GRANTED.

No. 25-40781

STUART KYLE DUNCAN
*United States Circuit Judge*